# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HUBBARD,<br><br>    Plaintiff<br><br>v.<br><br>DAVID BRUMAN, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01696-APG-BNW<br><br>**Order Referring to Pro Bono Program** |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Kenneth Hubbard. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

IT IS THEREFORE ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk of Court forward this order to the Pro Bono Liaison.

DATED this 1st day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE