# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kenneth Hubbard,<br><br>           Plaintiff,<br><br>v.<br><br>David Bruman, et al.,<br><br>           Defendants. | Case No. 2:19-cv-01696-APG-BNW<br><br>**Order** |

The United States Postal Service has returned as undeliverable the court's last mailing in this case. *See* ECF No. 5. Thus, it appears that Mr. Hubbard is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. Hubbard must file a notice with his current address with the court by June 18, 2021. If Mr. Hubbard does not update his address by that date, the court will recommend dismissal of this case.

Additionally, at ECF No. 4 the Court set a May 21, 2021 deadline for Mr. Hubbard to file a notice informing the Court whether he intends to prosecute this case. This deadline is extended up to an including June 18, 2021.

IT IS SO ORDERED.

DATED: June 1, 2021.

_____
Brenda Weksler
United States Magistrate Judge