**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Kenneth Hubbard, | Case No. 2:19-cv-01696-APG-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| David Bruman, et al., | |
| Defendants. | |

On June 1, 2021, the Court ordered Plaintiff to update his address by June 18, 2021, as a recent filing was returned as undeliverable. *See* ECF Nos. 5, 6. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court would recommend dismissing his case. ECF No. 6. Plaintiff has not complied with the Court's order.

Additionally, the Court issued two separate orders directing Plaintiff to file a notice with the Court indicating whether he intended to continue prosecuting his case. *See* ECF Nos. 4, 6. The Court gave Plaintiff a deadline of May 21, 2021 and a subsequent deadline of June 18, 2021. *See* ECF Nos. 4, 6. Plaintiff has not complied with these orders, requested an extension, or otherwise indicated that he intends to continue pursuing this case.

…

…

…

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 25, 2021.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE